JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAHREN JAMES and VICTORIA PATTERSON,<br><br>    *Plaintiffs*.<br><br>v.<br><br>CITY OF SOUTH PASADENA, MATTHEW RONNIE, in his individual capacity, SPENCER LOUIE, in his individual capacity, RICHARD BARTL, in his individual capacity, CHRIS PEREZ, in his individual capacity, RICHARD CHENEY, and Does 1 through 10,<br><br>    *Defendants*. | Case No. 2:21-CV-08256-DSF-KK<br>**ORDER OF DISMISSAL**<br><br>Hon. Dale S. Fischer |

Based upon the stipulation of plaintiffs Fahren James and Victoria Patterson and defendants City of South Pasadena, a public entity, and Sergeant Matthew Ronnie, Sergeant Spencer Louie, Sergeant Robert Bartl, Corporal Randy Wise, and Officer Chris Perez, current and former public employees, by and through their respective attorneys of record, Plaintiffs' claims against defendants City of South Pasadena, a public entity, and Sergeant Matthew Ronnie, Sergeant Spencer Louie, Sergeant Robert Bartl, Corporal Randy Wise, and Officer Chris Perez are hereby dismissed with

1 | prejudice, each party to bear their own costs and attorneys' fees.

2 |     IT IS SO ORDERED.

4 | DATED: April 25, 2023      By: _____
5 |     Honorable Judge Dale S. Fischer,
    United States District Judge