**FILED**
CLERK, U.S. DISTRICT COURT

3/29/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ pk _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FAHREN JAMES,

      Plaintiff,

  v.

RICHARD CHENEY,

      Defendant.

Case No: 2:21-cv-08256-DSF-DTB

**VERDICT FORM**

We, the jury in the above-entitled case, answer the questions submitted to us as follows:

1. Did Defendant Richard Cheney use threats, intimidation, or coercion to violate or attempt to violate Plaintiff Fahren James' right to be free of bodily harm or personal insult?

Yes ✓ No ___

If the answer is "Yes," please answer Question 2. If the answer is "No," please stop and sign the verdict form.

2. Was Defendant's conduct a substantial factor in causing harm to Plaintiff?

Yes ✓ No ___

If the answer is "Yes," please answer Question 3. If the answer is "No," please stop and sign the verdict form.

3. What are Plaintiff's damages?

a. Past mental suffering, emotional distress, and physical suffering:

$ 5,000.00

b. Future mental suffering, emotional distress, and physical suffering:

$ 5,000.00

TOTAL $ _10,000.00_

Please answer question 4.

4. Was Defendant's conduct that harmed Plaintiff malicious, oppressive or in reckless disregard of Plaintiff's rights?

Yes ✓ No ___

If the answer is "Yes," please answer Question 5. If the answer is "No," please stop and sign the verdict form.

5. What amount do you award as punitive damages?

$ _45,000.00_

Signed: _____
            Presiding Juror

Dated: _3-29-24_

After this verdict form has been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.