JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAHREN JAMES,<br>       Plaintiff,<br><br>       v.<br><br>RICHARD CHENEY,<br>       Defendant. | Case No: 2:21-cv-8256-DSF-DTB<br><br>JUDGMENT ON THE VERDICT FOR PLAINTIFF |

   The jury having rendered a verdict in favor of Plaintiff Fahren James and against Defendant Richard Cheney,

   IT IS ORDERED that judgment is entered in favor of Plaintiff and against Defendant in the total amount of $55,000, as follows:

1. $5,000.00 for past mental suffering, emotional distress, and physical suffering;

2. $5,000.00 for future mental suffering, emotional distress, and physical suffering;

3. $45,000 for punitive damages.

   Plaintiff shall also recover her costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: April 3, 2024

_Dale S. Fischer_
Dale S. Fischer
United States District Judge